RECEIVED

JUL 1 8 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| JOHN P. RODDY | CIVIL ACTION NO. 01-1269 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN, WINN CORRECTIONAL CENTER | MAG. JUDGE JAMES D. KIRK |

### MEMORANDUM ORDER

Pending before the Court is An Application for Certificate of Appealability [Doc. No. 20], filed by pro se Petitioner John P. Roddy.

On June 14, 2005, Petitioner filed a Notice of Appeal [Doc. No. 17] with this Court. The Court liberally construed the Notice of Appeal as an application for a Certificate of Appealability, pursuant to Rule 22 of the Federal Rules of Appellate Procedure and 28 U.S.C. § 2253(c). *See also Miller v. Dretke*, 404 F.3d 908, 912 (5th Cir. 2005) ("a notice of appeal constitutes a COA request, if no separate request is filed.").

On the same date, the Court found that Petitioner had failed to demonstrate a substantial showing of the denial of a constitutional right, and, therefore, the Court denied Petitioner's application for certificate of appealability. Accordingly,

IT IS ORDERED that Petitioner's Application for Certificate of Appealability is again DENIED for failure to demonstrate a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 18 day of July, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE